**CAMPBELL LITIGATION, P.C.**
Stacey Campbell (*admitted pro hac vice*)
Colorado State Bar No. 38378
Email: stacey@campbell-litigation.com
1410 N. High Street, Denver, CO 80218
Telephone: (303) 517-5037

**SEKI, NISHIMURA & WATASE LLP**
Gilbert M. Nishimura (SBN 57905)
Email: gnishimura@snw-law.com
600 Wilshire Blvd., Ste. 1250
Los Angeles, CA 90017
Telephone: (213) 481-2869

*Attorneys for Defendants*

MANN ROGAL APC
Justin R. Rogal (SBN 273352)
Email: jrogal@mannrogal.com
16501 Venture Blvd., Ste. 400
Encino, California 91436
Telephone: (310) 620-2314

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TERESA KNEEDLER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TRIUNITY ENGINEERING & MANAGEMENT, INC., a Colorado Corporation; TRIUNITY, INC., a Colorado Corporation; JANE DONOVAN, an individual; DOES 1-10, business entities, forms unknown; Does 11-20, individuals; and DOES 21-30, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-08526-MCS-JC <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Action Filed: October 31, 2022 <br> Action Removed: November 21, 2022 <br> Judge: Hon. Mark C. Scarsi <br> Trial: February 20, 2024 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Teresa Kneedler ("Plaintiff") and Defendants Triunity Engineering & Management, Inc., Triunity, Inc., and Jane Donovan (collectively "Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate that this action, including all claims filed by the Parties, shall be dismissed with prejudice and without costs, expenses, or attorneys' fees being awarded to any Party.

Respectfully submitted.

DATED: November 20, 2023

**CAMPBELL LITIGATION, P.C.**

/s/ Stacey Campbell
Stacey Campbell
(admitted pro hac vice)
Colorado State Bar No. 38378
stacey@campbell-litigation.com

A.J. Peters (SBN 230182)
aj@campbell-litigation.com

**SEKI, NISHIMURA & WATASE LLP**
Gilbert M. Nishimura (SBN 57905)
gnishimura@snw-law.com

**Attorneys for Defendants**

**MANN ROGAL APC**

/s/ Justin R. Rogal
Justin R. Rogal (SBN 273352)
jrogal@mannrogal.com

Matthew L. Mann (SBN 276220)
mmann@mannrogal.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2023, a copy of the foregoing **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** has been electronically filed via CM/ECF, which will serve it upon all counsel of record in the Court's electronic filing system, including the following:

Matthew L. Mann (SBN 276220)
Justin R. Rogal (SBN 273352)
MANN ROGAL APC
16501 Venture Blvd., Ste. 400
Encino, California 91436
Telephone: (310) 620-2314
Email:  mmann@mannrogal.com
        jrogal@mannrogal.com

*Attorneys for Plaintiff*

By: /s/ *Lisa Forbes*
    Lisa Forbes, Paralegal